Form B 240M
7/99

WWR# 9041129

# United States Bankruptcy Court

Eastern District Of Michigan
SOUTHERN DIVISION AT DETROIT

| Debtor's Name<br>Constance Tennant | Case No. 11-42501-TJT |
|---|---|
| | Chapter 7<br>Judge: Thomas J. Tucker |

| Creditor's Name and Address<br>NATIONAL COOPERATIVE BANK<br>139 SOUTH HIGH STREET<br>HILLSBORO, OH 45133 | |

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

The debtor[s] named above and ___National Cooperative Bank___, a creditor of the debtor[s], have made an agreement reaffirming the debtor's [debtors'] debt to the creditor. The agreement is dated 03/23/11 and [has][has not] been filed with the court [*if previously filed,* on ___].

The court has not granted a discharge to the debtor[s].

The debtor was represented by an attorney during the negotiation of this agreement.

The debt reaffirmed in the agreement is not an unsecured debt.

The reaffirmation agreement includes the debtor's[s'] statement that the debtor believes [debtors believe] that the reaffirmation agreement is in the best interest of the debtor[s].

The reaffirmation agreement includes the debtor's[s'] statement that the debtor believes [debtors believe] that the reaffirmation agreement does not impose an undue hardship on the debtor[s] or the dependents of the debtor[s].

We ask the court to approve the reaffirmation agreement.

WELTMAN, WEINBERG & REIS, CO., L.P.A.

By: /S/ Jonathan F. Rosenthal
Jonathan F. Rosenthal (P-66851)
Attorneys for Creditor
2155 Butterfield Drive, Suite 200-S
Troy, MI 48084
248-362-6188
jrosenthal@weltman.com

# United States Bankruptcy Court

Eastern District Of Michigan
### SOUTHERN DIVISION AT DETROIT

| Debtor's Name<br>Constance Tennant | Case No. 11-42501-TJT |
| --- | --- |
| | Chapter 7<br>Judge: Thomas J. Tucker |
| Creditor's Name and Address<br>NATIONAL COOPERATIVE BANK<br>139 SOUTH HIGH STREET<br>HILLSBORO, OH 45133 | |

## ORDER APPROVING REAFFIRMATION AGREEMENT

The court approves/disapproves the reaffirmation agreement between the debtor and Creditor.

_____
National Cooperative Bank
(Name of Creditor)

BY THE COURT

Date _____    _____
Thomas J. Tucker
United States Bankruptcy Judge